Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **18−56652−lsg**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Lisa M. Zurawski
   fka Lisa M. Turovaara
   9722 Blauvelt Dr.
   Grosse Ile, MI 48138

Social Security No.:
   xxx−xx−2058

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case For Infeasibility** was entered on **7/13/22**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 7/13/22

                            BY THE COURT

                            Todd M. Stickle , Clerk of Court
                            UNITED STATES BANKRUPTCY COURT