Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **18−56652−lsg**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Lisa M. Zurawski
  fka Lisa M. Turovaara
  9722 Blauvelt Dr.
  Grosse Ile, MI 48138

Social Security No.:
  xxx−xx−2058

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case For Infeasibility** was entered on **7/13/22** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 7/13/22

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT

In re:                                                                                    Case No. 18-56652-lsg

Lisa M. Zurawski                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M. Zurawski, 9722 Blauvelt Dr., Grosse Ile, MI 48138-1680 |
| 25672858 | + | 19th District Court, 16077 Michigan Avenue, Case No: 18-25110 GC, Dearborn, MI 48126-2937 |
| 25672857 | + | 19th District Court, 16077 Michigan Avenue, Case No: 18-3937 SC, Dearborn, MI 48126-2937 |
| 25672860 | + | Anthony Wayne Kahn, Esq, 33110 Grand River Ave., Farmington, MI 48336-3120 |
| 25672861 | + | Attorney General of the State of Michiga, Collections & Tax Enforcement Div., 3030 W. Grand Blvd., #10-200, Detroit, MI 48202-6030 |
| 25672866 | + | Credit Union One, Bankruptcy Notification, 400 E. Nine Mile Road, Ferndale, MI 48220-1774 |
| 25672868 | + | Down River Body Work, Inc., 11129 Old Goddard Rd., Allen Park, MI 48101-1024 |
| 25672874 | + | MB Financial Bank, 800 W. Madison St., Chicago, IL 60607-2683 |
| 25714335 | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| 25672873 | + | Marcus Avery, 48102 W. Oxford Ln., Canton, MI 48187-1344 |
| 25672875 | + | Oakwood Hospital, Patient Financial Services, 18101 Oakwood Blvd., Dearborn, MI 48124-4089 |
| 25672881 | + | Trott Law Firm, Attn: Bankruptcy Dept., 31440 Northwestern Hwy., #200, Farmington, MI 48334-5422 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25672859 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2022 21:24:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 25672862 | | EDI: CAPITALONE.COM | Jul 14 2022 01:28:00 | Capital One, 15000 Capital One Dr., Richmond, VA 23238 |
| 25672863 | | EDI: CAPITALONE.COM | Jul 14 2022 01:28:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25760455 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 21:26:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 25672864 | + | EDI: COMCASTCBLCENT | Jul 14 2022 01:28:00 | Comcast Cable - Main Office, 6095 Wall Street, Sterling Hts., MI 48312-1075 |
| 25672865 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2022 21:26:18 | Credit One Bank, Attn: Customer Service, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 25754212 | + | EDI: DTEE.COM | Jul 14 2022 01:28:00 | DTE Energy, One Energy Plaza, WCB 735, Detroit, MI 48226-1221 |
| 25672869 | + | EDI: DTEE.COM | Jul 14 2022 01:28:00 | DTE Energy Company, Attn: Bankruptcy Dept., 1 Energy Plaza, Detroit, MI 48226-1221 |
| 25672870 | | EDI: DTEE.COM | Jul 14 2022 01:28:00 | DTE Energy Customer Service, 2000 Second Avenue, Detroit, MI 48226-1279 |
| 25672867 | + | EDI: DCI.COM | Jul 14 2022 01:28:00 | Diversified Consultants, Inc., 10550 Deerwood Park Blvd., Jacksonville, FL 32256-2805 |
| 25672871 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2022 21:24:00 | Kohl's Department Store, P.O. Box 3115, |

| | | | |
|---|---|---|---|
| | | | Milwaukee, WI 53201-3115 |
| 25672872 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2022 21:24:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr., Menomonee Falls, WI 53051-7096 |
| 25740789 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 21:36:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25942426 | + Email/Text: MarcsBankruptcyUnit@michigan.gov | Jul 13 2022 21:25:00 | Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909, 5 48909-7668 |
| 25672876 | Email/Text: clientservices@paramountrecovery.com | Jul 13 2022 21:24:00 | Paramount Recovery Systems, P.O. Box 23369, Waco, TX 76702 |
| 25672878 | + Email/Text: bankruptcy@purchasingpower.com | Jul 13 2022 21:25:00 | Purchasing Power, 1349 West Peachtree Street Ste. 1100, Atlanta, GA 30309-2956 |
| 25672877 | + Email/Text: bankruptcy@purchasingpower.com | Jul 13 2022 21:25:00 | Purchasing Power, 1375 Peachtree Street, Suite 555, Atlanta, GA 30309-3173 |
| 25692496 | EDI: Q3G.COM | Jul 14 2022 01:28:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25672879 | EDI: AISSPRINT | Jul 14 2022 01:28:00 | Sprint, 6200 Sprint Pkwy., Overland Park, KS 66251 |
| 25672880 | Email/Text: MarcsBankruptcyUnit@michigan.gov | Jul 13 2022 21:25:00 | State of Michigan Department of Treasury, Collection Department, P.O. Box 77437, Detroit, MI 48277-0437 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25979194 | ##+ | Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177-1995 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022       Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher E. Frank | on behalf of Creditor Credit Union One ECFBK@leducfrank.com |
| Krispen S. Carroll | notice@det13ksc.com |
| Mary K. Thieme | |

on behalf of Creditor Fifth Third Bank  National Association bankruptcy@rsmalaw.com

Robert W. Bishop

on behalf of Debtor Lisa M. Zurawski bermanbishop@gmail.com
bermanbishopecf@gmail.com;BishopRR45171@notify.bestcase.com

TOTAL: 4